UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESSUH SUHYES HUSSEY,

                Plaintiff,

      -against-

THE NEW YORK CITY HEALTH AND
HOSPITAL CORPORATION, ET AL.,

              Defendants.

23-CV-4380 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. By order dated August 28, 2023, the Court dismissed the complaint, but granted Plaintiff 60 days' leave to replead his claims in an amended complaint. At the time the Court issued its order, Plaintiff was detained in the Otis Bantum Correctional Center on Rikers Island. Plaintiff has not filed an amended complaint.

The Court takes notice of the posture of one of Plaintiff's pending actions in the United States District Court for the Eastern District of New York. In a motion submitted in one of Plaintiff's actions in that court, Corporation Counsel for the City of New York indicated that Plaintiff was released from New York City Department of Correction custody on October 2, 2023. *See Hussey v. 3 John Doe's of ESU*, No. 23-CV-2152 (PKC) (LB), Dkt. 13 (E.D.N.Y.) Corporation counsel subsequently provided the Eastern District with a Brooklyn, New York address for Plaintiff. *See id.*, Dkt. 15.

In light of Plaintiff's *pro se* status and the fact that he was released from custody prior to the expiration of the deadline to submit an amended complaint, the Court grants Plaintiff an additional 30 days to file an amended complaint. If Plaintiff wishes to replead his claims, he must file an amended complaint within 30 days of the date of this order.

**CONCLUSION**

The Court grants Plaintiff 30 additional days to file an amended complaint that complies with the standards set forth in the Court's August 28, 2023 order of dismissal. Plaintiff must submit any amended complaint to this Court's Pro Se Intake Unit within 30 days of the date of this order, caption the document as an "Amended Complaint," and label the document with docket number 23-CV-4380 (LTS). An Amended Civil Rights Complaint form is attached to this order. No summons will issue at this time. If Plaintiff fails to comply within the time allowed, and he cannot show good cause to excuse such failure, the Court will direct the Clerk of Court to enter judgment consistent with the Court's August 28, 2023 order of dismissal.

The Clerk of Court is directed to send a copy of this order and a copy of the Court's August 28, 2023 order of dismissal (ECF 10) to Plaintiff at: 176 Clarkson Avenue, Apt. 5J, Brooklyn, New York 11226.

SO ORDERED.

Dated:   November 9, 2023
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**AMENDED**
**COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

-against-

_____
_____
_____
_____
_____
_____
_____
_____

Jury Trial:   ☐ Yes      ☐ No

(check one)

___ Civil. _____ (    )

*(In the space above enter the full name(s) of the defendant(s).  If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Part I.  Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff's      Name_____
                 ID#_____
                 Current Institution_____
                 Address_____
                 _____

B.     List all defendants' names, positions, places of employment, and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant  No. 1      Name _____ Shield #_____
                      Where Currently Employed _____
                      Address _____
                      _____

*Rev. 01/2010*                           1

Defendant  No. 2          Name  _____ Shield #_____

Where Currently Employed _____

Address _____

_____


Defendant  No. 3          Name  _____ Shield #_____

Where Currently Employed _____

Address _____

_____


<div style="border:1px solid black; display:inline-block; padding:2px; font-weight:bold; font-size:small">Who did<br>what?</div>

Defendant  No. 4          Name  _____ Shield #_____

Where Currently Employed _____

Address _____

_____


Defendant  No. 5          Name  _____ Shield #_____

Where Currently Employed _____

Address _____

_____


## II.     Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.


A.     In what institution did the events giving rise to your claim(s) occur?

_____

_____


B.     Where in the institution did the events giving rise to your claim(s) occur?

_____


C.     What  date  and  approximate  time  did  the  events  giving  rise  to  your  claim(s)  occur?

_____

_____

_____


D.     Facts:_____

<div style="border:1px solid black; display:inline-block; padding:2px; font-weight:bold; font-size:small">What<br>happened<br>to you?</div>

_____

_____

_____

*Rev. 01/2010*                              2

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Was anyone else involved?**

_____
_____
_____
_____
_____

**Who else saw what happened?**

## III.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

_____
_____
_____
_____
_____
_____
_____
_____
_____

## IV.     Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."   Administrative remedies are also known as grievance procedures.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____   No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B.      Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

     Yes _____     No _____     Do Not Know _____

C.      Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

     Yes _____     No _____     Do Not Know _____

     If YES, which claim(s)?
     _____

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

     Yes _____     No _____

     If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

     Yes _____     No _____

E.      If you did file a grievance, about the events described in this complaint, where did you file the grievance?
     _____

         1.      Which claim(s) in this complaint did you grieve?
         _____

         2.      What was the result, if any?
         _____

         3.      What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.
         _____
         _____
         _____
         _____

F.      If you did not file a grievance:

         1.      If there are any reasons why you did not file a grievance, state them here:
            _____
            _____
            _____

_____
_____
_____

2.      If you did not file a grievance but informed any officials of your claim, state who you
        informed, when and how, and their response, if any:

        _____
        _____
        _____
        _____
        _____
        _____

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative
        remedies.
        _____
        _____
        _____
        _____
        _____
        _____
        _____
        _____

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your
        administrative remedies.

## V.      Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that

you are seeking and the basis for such amount).    _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
_____
_____

**VI.**     **Previous lawsuits:**

<div style="float:left; border:1px solid black; padding:4px;">
On<br>these<br>claims
</div>

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

      Yes _____ No _____

B.     If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

      1.     Parties to the previous lawsuit:

      Plaintiff _____
      Defendants _____

      2. Court (if federal court, name the district; if state court, name the county) _____
      _____

_____ 3.     Docket or Index number _____

_____ 4.     Name of Judge assigned to your case_____

      5.     Approximate date of filing lawsuit _____

      6.     Is the case still pending?  Yes _____ No _____

          If NO, give the approximate date of disposition_____

      7.     What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
      _____
      _____

<div style="float:left; border:1px solid black; padding:4px;">
On<br>other<br>claims
</div>

C.     Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

      Yes _____ No _____

D.     If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

      1.     Parties to the previous lawsuit:

      Plaintiff _____
      Defendants _____

      2.     Court (if federal court, name the district; if state court, name the county) _____
      _____

_____ 3.     Docket or Index number _____

_____ 4.     Name of Judge assigned to your case_____

      5.     Approximate date of filing lawsuit _____

6.      Is the case still pending?  Yes _____   No _____
        If NO, give the approximate date of disposition_____

7.      What was the result of the case? (For example:  Was the case dismissed?  Was there
        judgment in your favor?  Was the case appealed?)  _____
        _____
        _____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

                          Signature of Plaintiff      _____

                          Inmate Number            _____

                          Institution Address        _____

                                                     _____

                                                     _____

                                                     _____


<u>Note</u>:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
        their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering
this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for
the Southern District of New York.

                          Signature of Plaintiff:    _____

*Rev. 01/2010*                          7